**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **ESSEX INSURANCE COMPANY,** )<br>)<br>**Plaintiff,** )<br>)<br>-vs- )<br>)<br>**NEWTON WALL CO., INC., et al.,** )<br>)<br>**Defendants.** ) | Case No. CIV-11-823-R |

## JUDGMENT

In accordance with the Order entered this 1st day of August, 2012, it is ORDERED, ADJUDGED and DECREED that Plaintiff have judgment on its complaint and that there is no coverage under the policy issued by Plaintiff to Defendant Newton Wall Co., Inc. for the acts of Defendant Paul Bachhofer on or about March 9, 2011.

IT IS SO ORDERED THIS 1st day of August, 2012.

_/s/ David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE